## TILLMAN v. FONTAINE.

The present case is no exception to the rule that the first grant of a
new trial should be acquiesced in.          *Judgment affirmed.*
April 9, 1894.   Argued at the last term.

Levy and claim.   Before Judge WILLIS.   City court
of Columbus.   April term, 1893.

PEABODY, BRANNON, HATCHER & MARTIN, for plaintiff.
LITTLE & WIMBISH and MCNEILL & LEVY, for claimant.

---

## WILLIAMS v. THE GREENWICH INSURANCE COMPANY.

This case is no exception to the general rule that the first grant of a
new trial will not be interfered with.          *Judgment affirmed.*
April 16, 1894.   Argued at the last term.

Complaint on fire policy.   Before Judge WILLIS.   City
court of Columbus.   January term, 1893.

PEABODY, BRANNON, HATCHER & MARTIN, for plaintiff.
JACKSON & LEFTWICH, for defendant.

---

## THE CARTERSVILLE LAND COMPANY v. PRATT et al.

This case falls within the general rule that the first grant of a new
trial will not be reversed.          *Judgment affirmed.*
July 30, 1894.

Equitable petition.   Before Judge HENRY.   Bartow
superior court.   July term, 1893.

JOHN W. AKIN and NEEL & SWAIN, for plaintiff.
R. J. MCCAMY, J. H. WIKLE and W. I. HEYWARD, for
defendants.

---